DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID RENCZKOWSKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1876

_____

June 3, 2026

Appeal from the Circuit Court for Pasco County; Joshua B. Riba, Judge.

David J. Joffe of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

James Uthmeier, Attorney General, and Wendy Buffington, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.